**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 AUG 22  AM 9:27

CLERK _____
SO. DIST. OF GA.

KJ'S GENERAL CONTRACTORS, INC., )
KENNETH F. JENKS, SR., DIABY ELECTRIC, )
INC., TIDIAN A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., LEROY V. )
MAXWELL, JR., AMERICAN CLEARING, INC., )
and ROSE L. DEMPSEY, )
                                        )
            Plaintiffs,                 )  Case No. _____ **CV414-181**
                                        )
vs.                                     )
                                        )
J. E. DUNN CONSTRUCTION COMPANY d/b/a   )
RIVES E. WORRELL COMPANY, and RYAN E.   )
PRICE,                                  )
                                        )
            Defendants.                 )

**NOTICE OF REMOVAL**

**TO:   JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN**
**DISTRICT OF GEORGIA, SAVANNAH DIVISION:**

COME NOW DEFENDANTS J.E. Dunn Construction Company d/b/a Rives E. Worrell

Company ("J.E. Dunn") and Ryan E. Price ("Price") (collectively "Defendants") and file this

Notice of Removal of the above-styled action from the Superior Court of Chatham County,

Georgia to the United States District Court for the Southern District of Georgia, Savannah

Division. In support, Defendants show as follows:

**I.      BACKGROUND**

1.      On July 24, 2014, Plaintiffs KJ's General Contractors, Inc., Kenneth F. Jenks, Sr.,

        Diaby Electric, Inc., Tidian A. Diaby, MCN Construction and Management, Inc.,

        Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey

        ("Plaintiffs") filed their Complaint in the Superior Court of Chatham County,

        Georgia, styled KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby

Electric, Inc., Tidian A. Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey v. J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price, Case No. SPCV14-00770-MO ("Superior Court Action"). Copies of all process, pleadings, orders, and other documents filed in the Superior Court Action are attached as Exhibit A.

2. On July 25, 2014, Defendants executed an Acknowledgment of Service of Process. See Acknowledgment of Service, attached as Exhibit B.

3. Plaintiffs assert claims arising out of the award of a construction contract to Defendant J.E. Dunn by the Board of Public Education to build the Hesse K-8 replacement school for the City of Savannah and the County of Chatham.

4. Plaintiffs' Complaint asserts the following causes of action against Defendant J.E. Dunn: (1) Appropriation of Name and/or Identity for Commercial Advantage, (2) Unjust Enrichment, (3) Infringement of Trade Name Under UDTPA, (4) Violation of Georgia RICO, (5) Fraud and Deceit, and (6) Tortious Breach of Legal Duty.

5. Although unclear from the Complaint, Plaintiffs apparently only assert causes of action against Defendant Price for: (1) Violation of Georgia RICO, (2) Fraud and Deceit, and (3) Tortious Breach of Legal Duty. Compare Complaint ¶¶ 62-78 (devoid of any reference to Price) with Complaint ¶¶ 79-107 (referencing Price).

6. Notice of removal is timely because Defendants have filed it within thirty (30) days of receipt, through service or otherwise, of Plaintiffs' initial pleading. 28 U.S.C. § 1446(b).

## II. FEDERAL QUESTION JURISDICTION

7. This action is removable under 28 U.S.C. § 1441 because this Court has original jurisdiction of an action presenting a federal question of law. 28 U.S.C. § 1331.

8. This Court has original jurisdiction because Plaintiffs have asserted one or more claims under federal law. 28 U.S.C. § 1331. Specifically, Plaintiffs allege that Defendants committed "multiple violations of 18 U.S.C.A § 1343 when they used interstate wires in order to obtain Plaintiffs' property as part of a scheme to defraud both the Plaintiffs and the Board of Education." Plaintiffs further allege that "[e]ach federal wire fraud violation constitutes a Georgia RICO predicate act pursuant to O.C.G.A. § 16-14-3(9)(A)(xxix)." See Complaint ¶ 84.

9. At issue is whether Defendants alleged actions fall within the defined acts set forth in 18 U.S.C. § 1343, and if so, whether their alleged actions constitute a violation of 18 U.S.C. § 1343.

10. As set forth in Ayres v. General Motors Corp., 234 F.3d 514 (11th Cir. 2009), "a violation of the federal . . . wire fraud statutes is an essential element of the Plaintiffs' cause of action, the proof of which involves resolution of a substantial, disputed question of law."

11. Accordingly, as Plaintiffs' RICO claim involves a substantial question of federal law, such claim arises under federal law pursuant to 28 U.S.C. § 1331, and this case is subject to removal to this Court.

12. The gravamen of Plaintiffs' case is that Defendants made misrepresentations to the Board of Education—primarily that J.E. Dunn planned to hire Plaintiffs to work on the Hesse School project when it had no intention of doing so—in order

to induce the Board of Education to award that contract to J.E. Dunn. Supplemental jurisdiction exists over Plaintiffs' state law claims because they are so related to the claim within this Court's original jurisdiction that they form part of the same case or controversy. 28 U.S.C. § 1367.

13.     Notice of Removal will be filed with the Clerk of the Superior Court of Chatham County and notice shall be given to Plaintiffs, as required by 28 U.S.C. § 1446(d).

## III.     DIVERSITY JURISDICTION EXISTS UNDER 28 U.S.C. §§ 1332(a) AND 1441(a)

14.     This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiffs and Defendant J.E. Dunn, which is the only proper Defendant to this action, and the amount in controversy exceeds $75,000. This action is removable under 28 U.S.C. § 1441 because this Court has original jurisdiction based on diversity. 28 U.S.C. § 1332.

### A.     The Citizenship of Plaintiffs and Defendant J.E. Dunn is Diverse.

15.     Plaintiffs are all citizens of the State of Georgia and/or incorporated in the State of Georgia. See Complaint ¶¶ 11-18.

16.     Defendant J.E. Dunn is not a citizen of the State of Georgia. It is a Missouri company, with its principal place of business located at 1001 Locust Street, Kansas City, Missouri 64106. Defendant J.E. Dunn is thus a citizen of the State of Missouri.

17.     Accordingly, the controversy between Plaintiffs and Defendant J.E. Dunn is between citizens of different states, and therefore, complete diversity exists as between Plaintiffs and Defendant J.E. Dunn.

**B.     The Citizenship of Defendant Price Should Be Disregarded in Assessing Diversity Because He Was Fraudulently Joined to Defeat Diversity**

18.   Defendant Price is a resident of Chatham County, Georgia.

19.   Defendant Price's citizenship should be disregarded for diversity purposes because, as set forth herein, he was fraudulently joined by Plaintiffs in an attempt to defeat diversity.

20.   "Fraudulent joinder" exists where a plaintiff fails to state a claim in its complaint under applicable law, or where "there is no possibility the plaintiff can establish a cause of action against the resident [in this case, Defendant Price]." Pacheco de Perez v. AT&T Co., 139 F.3d 1368, 1380-81 (11th Cir. 1998). Defendants need not show "fraud" by Plaintiffs or their counsel. Mayers v. Rapaport, 198 F.3d 457, 461 n.8 (4th Cir. 1999).

21.   Noting that Congress created the removal process to protect defendants, the Eleventh Circuit has made clear that fraudulent joinder should be closely scrutinized: "'[T]he Federal courts should not sanction devices intended to prevent removal to a Federal court where one has that right, and should be equally vigilant to protect the right to proceed in Federal court.'" Legg v. Wyeth, 428 F.3d 1317, 1325 (11th Cir. 2005) (quoting Wecker v. Nat'l Enameling & Stamping Co., 204 U.S. 176, 186 (1907)); see also Catlett v. Wyeth, Inc., 379 F. Supp. 2d 1374, 1379 (M.D. Ga. 2004) (stating that "we do not take [the fraudulent joinder standard] to mean we must blindly accept whatever plaintiffs may say no matter how incredible or how contrary to the overwhelming weight of the evidence. Courts are not to decide automatically in favor of remand simply

because some facts may be said to be in dispute.") (internal citations and quotations omitted).

22.   The residence of a fraudulently joined defendant must be ignored for purposes of determining diversity jurisdiction where fraudulent joinder is shown. See Navarro Say. Ass 'n v. Lee, 446 U.S. 458, 461-62 (1980) ("[A] federal court must disregard nominal or formal parties and rest jurisdiction only upon the citizenship of real parties to the controversy.") (internal citations omitted); Tapscott v. MS Dealer Service Corp., 77 F.3d 1353, 1360 (11th Cir. 1996) (affirming district court's decision to disregard the citizenship of improperly joined parties where the plaintiff's egregious attempt to join improper parties constituted fraudulent joinder), overruled on other grounds by Cohen v. Office Depot, Inc., 204 F.3d 1069 (11th Cir. 2000).

23.   In this case, Plaintiffs' Complaint fails to state a claim against Defendant Price.

24.   Defendant Price is only named in Counts IV (Violation of Georgia RICO), V (Fraud and Deceit), and VI (Tortious Breach of Legal Duty) of Plaintiffs' Complaint. Compare Complaint ¶¶ 62-78 (devoid of any reference to Price) with Complaint ¶¶ 79-107 (referencing Price).

25.   For the reasons discussed more fully in Defendants' contemporaneously filed Motion to Dismiss, the Complaint's factual matter, when viewed in the light most favorable to Plaintiffs, does not give rise to any colorable claim against Defendant Price, particularly claims for RICO, fraud, or tortious breach of a legal duty. See Defendants' Motion to Dismiss §§ III.B.i, ii, and vi.

26.     Specifically, Plaintiffs' RICO and fraud claims against Defendant Price fail, among other reasons, because (1) the claims are not pled with sufficient particularity, (2) Plaintiffs lack standing to sue for an alleged fraudulent scheme directed at the Board of Education (not themselves), and (3) Plaintiffs have suffered, at most, an indirect injury not proximately caused by anything that Defendant Price has done. See Defendants' Motion to Dismiss §§ III.B.i, ii.

27.     Plaintiffs' claim against Defendant Price for tortious breach of legal duty fails, among other reasons, because Plaintiffs (1) fail to allege any facts whatsoever supporting the required elements of a cause of action based on O.C.G.A. § 51-1-6 and (2) fail to point to any statute or other source of authority which they contend Defendant Price violated, as is required under O.C.G.A. § 51-1-6.     See Defendants' Motion to Dismiss § III.B.vi.

28.     Additionally, the Complaint does not allege any duty owed to Plaintiffs by Defendant Price in his personal capacity, and he is an improper party Defendant in this case.[1]  The mere fact that an individual is an officer of a corporate entity (the only specific allegations directed to Defendant Price involves his alleged actions as Vice President of Defendant J.E. Dunn) does not give rise to individual personal liability absent some unique and separate duty to Plaintiffs. See, e.g., Ceasar v. Shelton Land Co., 266 Ga. App. 271 (2004). Otherwise, every civil action against a corporation would also expose its officer to personal liability,

---

[1] Defendant Price has contemporaneously filed a separate Motion to Drop or Dismiss him as a Party Defendant pursuant to Fed. R. Civ. P. 21 and Fed. R. Civ. P. 12(b)(6).

defying the very essence of corporate formation and governance. Litland v. Smith, 247 Ga. App. 277 (2000) (dismissing claim against corporate officer which asserted that officer made a promise to defendant on behalf of the company because officer acted only in his capacity as corporate officer and not in an individual capacity). "Because the cardinal rule of corporate law is that a corporation possesses a legal existence separate and apart from that of its officers and shareholders, the mere operation of a corporate business does not render one personally liable for corporate acts." Id. at 277 (quoting Fuda v. Kroen, 204 Ga. App. 836, 837 (1992)).

29.   Accordingly, given the factual allegations of their Complaint, there is no "reasonable possibility" that Plaintiffs can establish a claim against Defendant Price. Reviewing the lawsuit as a whole, it is clear that Plaintiffs' dispute is with Defendant J.E. Dunn, not its employee, Defendant Price. See Vieira v. Citigroup, Inc., 2012 WL 6194350, * 6 (N.D. Ga. Dec. 12, 2012) (holding that defendant had been fraudulently joined to defeat diversity). Therefore, Defendant Price's citizenship should be disregarded for purposes of determining diversity.

**C.   The Amount in Controversy Exceeds $75,000.**

30.   A defendant who moves for removal to federal court must establish that the amount in controversy exceeds the statutory minimum requirement by a preponderance of the evidence. Williams v. Best Buy Co., Inc., 269 F.3d 1316, 1319 (11th Cir. 2001). This "light burden" requires the defendant to "show only that it does not appear to a legal certainty that the claim is for less than the jurisdictional amount." Locklear v. State Farm Mut. Auto Ins. Co., 742 F. Supp.

679, 681 (S.D. Ga. 1989). However, where plaintiffs have not specified the amount of damages in their complaint, "a lower burden of proof is warranted because there is simply no estimate of damages to which a court may defer." Tapscott, 77 F.3d at 1356-57 (11th Cir. 1996), overruled on other ground by Cohen, 204 F.3d 1069.

31. In the present case, Plaintiffs have not specified any amount of alleged damages, and the amount in controversy is not facially apparent from the Complaint. Thus, Defendants only have to satisfy the "light burden" of showing that "it does not appear to a legal certainty that the claim is for less than the jurisdictional amount." See Locklear, 742 F. Supp. at 681.

32. Plaintiffs' Complaint alleges that the value of the construction contract at issue exceeds $20 million. See Complaint ¶ 56.

33. Plaintiffs seek damages for, among other things, disgorgement of profits J.E. Dunn receives under the above-referenced construction project as well as punitive damages. See Complaint ¶¶ 66, 67, 70, 73, 74, 88, 89, 100, and 107. Plaintiffs further pray for a judgment "in an amount equal to three times the actual and punitive damages sustained by plaintiffs." Complaint, at p. 29, ¶ 6 in the prayer for relief.

34. Plaintiffs also seek an award of their costs of litigation, including attorneys' fees. Complaint ¶ 78 and p. 28-29, ¶¶ 2, 8 in the prayer for relief.

35. While Defendants deny Plaintiffs were injured or are otherwise entitled to damages, given that the value of the subject construction contract allegedly exceeds $20 million, and based on Plaintiffs' claims for (1) disgorgement of all

profits associated with such contract (as well as additional unspecified compensatory damages sought in the Complaint), (2) punitive damages, (3) treble damages, and (4) costs of litigation including attorneys' fees, Plaintiffs' claims could easily total more than $75,000 each.

36.   Consequently, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), as the requisite amount in controversy for diversity jurisdiction is present.

37.   Accordingly, this action is removable under 28 U.S.C. § 1441 because this Court has original jurisdiction based on diversity. 28 U.S.C. § 1332.

## IV.   ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

38.   Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), venue is proper in this Court because the U.S. District Court for the Southern District of Georgia, Savannah Division, is the federal judicial district embracing the Superior Court of Chatham County, Georgia, where the Superior Court Action was originally filed.

39.   Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other documents filed in the Superior Court Action are attached as Exhibit A.

40.   Pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal is filed within thirty (30) days of Defendants' receipt of Plaintiffs' Complaint.

41.   Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Chatham County, Georgia.

42.   Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being given to all parties in this case.

WHEREFORE, Defendants give notice that the Superior Court Action has been removed to this Honorable Court.  By this Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action.  Defendants intend no admission of fact, law, or liability, and expressly reserves all defenses, motions, and pleas.

This 22nd day of August, 2014.

> Respectfully submitted,
> HUNTER, MACLEAN, EXLEY & DUNN, P.C.
>
>
> /s/ Bradley M. Harmon
> _____
> Christopher W. Phillips
> Georgia Bar No. 002920
> Bradley M. Harmon
> Georgia Bar No. 327097
> *Attorneys for Defendants*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
cphillips@huntermaclean.com
bharmon@huntermaclean.com

# EXHIBIT A

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS, )
INC., KENNETH F. JENKS, SR., )
DIABY ELECTRIC, INC., TIDIAN )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., )
LEROY V. MAXWELL, JR., )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY, )
)
     Plaintiffs, )
)
vs. ) Civil Action Number: SPCV14- _0 990_ - _M O_
)
J. E. DUNN CONSTRUCTION )
COMPANY d/b/a RIVES E. )
WORRELL COMPANY, and )
RYAN E. PRICE, )
) JURY TRIAL REQUESTED
     Defendants. )

## COMPLAINT

COME NOW Plaintiffs KJ's General Contractors, Inc., Kenneth F. Jenks,

Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc.,

Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey, by and

through their counsel, and file this Complaint against J.E. Dunn Construction

Page 1 of 30
KJ's General Contractors, Inc., Kenneth F Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr, American Clearing, Inc., and Rose L. Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

ENTERED ALB   JUL 2 4 2014

Company d/b/a Rives E. Worrell Company and Ryan E. Price, and respectfully show as follows:

## INTRODUCTION

1.

This is an action for damages and equitable relief arising out of injuries to the Plaintiffs, the Plaintiffs' business identities, and the Plaintiffs' trade names caused by the deceptive and fraudulent actions of Defendant corporation, J.E. Dunn Construction and Defendant Ryan E. Price, in violation of Plaintiffs' property and business interests under applicable law.

2.

Additionally, or, in the alternative, this is an action at law for disgorgement of Defendant's wrongfully gained profit.

3.

In an effort to promote diversity and local participation in the construction industry, state and local government agencies have required prime contractors to make good faith efforts to utilize sub-contractor businesses owned by minorities and persons from other traditionally disadvantaged groups (frequently known as Minority and Women-owned Enterprises or "MWBE firms").

Page 2 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

4.

By instituting these requirements, government agencies seek to discourage race and gender discrimination among prime contractors and to encourage economic growth of qualified MWBE firms. In order to receive bid awards, however, some prime contractors create the appearance of compliance by declaring an intention to enter agreements with qualified MWBE sub-contractors, while in fact having no such intention.

5.

The impetus to cheat stems from the fact that doing business with MWBE firm may add an expense to government contracts. To the extent such an expense is added, the government has chosen to bear that expense, and thus pay a premium for contracts which include participation by otherwise underrepresented subcontractors. Prime contractors who represent to the government that their bid includes participation of MWBE subcontractors, but who also avoid the participation of said subcontractors, can capture and retain this premium for themselves.

6.

J.E. Dunn Construction Company, d/b/a Rives Worrell Company ("J.E. Dunn") is one such prime contractor.

Page 3 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs
J E Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E Price

7.

As explained in greater detail below, J.E. Dunn has made representations regarding MWBE firm participation in bid proposals, and, as a result, J.E. Dunn has been awarded a series of large public contracts, from the Board of Public Education for the City of Savannah and the County of Chatham (hereinafter "Board of Education"), and other governmental entities. These contracts are collectively valued in the hundreds of millions of dollars.

## JURISDICTION AND VENUE

8.

This Court has jurisdiction pursuant to the Georgia Civil Practice Act, including O.C.G.A. § 9-10-91, and O.C.G.A. § 9-10-30.

9.

Defendant has an office and transacts business in Chatham County, and thus venue is proper in this Court pursuant to O.C.G.A. § 14-2-510(b)(3). Venue is also proper under the Georgia Civil Practice Act, O.C.G.A. § 9-10-30, et seq.

10.

This action is timely filed within the applicable statutes of limitation.

Page 4 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

## **PARTIES**

11.

Plaintiff KJ's General Contractors, Inc. ("KJS") is registered with the Georgia Secretary of State as a For-Profit Corporation. KJS is listed as a Black/African-American owned business on the Chatham County Vendor Information Management System (VIMS).

12.

Plaintiff Kenneth F. Jenks, Sr. is a citizen of the United States and a resident of Chatham County. Plaintiff Jenks is the Chief Executive Officer of KJ's General Contractors, Inc.

13.

Plaintiff Diaby Electric, Inc. is registered with the Georgia Secretary of State as a For-Profit Corporation. Diaby Electric, Inc. is listed as a Black/African American owned business on VIMS.

14.

Plaintiff Tidian A. Diaby is a permanent resident of the United States and a resident of Chatham County. Plaintiff Diaby is the Chief Executive Officer of Diaby Electric, Inc.

Page 5 of 30
KJ's General Contractors, Inc., Kenneth F Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc , and Rose L. Dempsey
vs.
J E Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

15.

Plaintiff MCN Construction and Management, Inc. (hereinafter "MCN Construction") is registered with the Georgia Secretary of State as a For-Profit Corporation. MCN Construction is a certified MWBE firm.

16.

Plaintiff Leroy V. Maxwell, Jr. is a citizen of the United States and a resident of Chatham County. Plaintiff Maxwell is the President of MCN Construction.

17.

Plaintiff American Clearing, Inc. (hereinafter "American Clearing") is registered with the Georgia Secretary of State as a For-Profit Corporation. American Clearing is a certified MWBE firm, African-American and Woman-owned firm.

18.

Plaintiff Rose L. Dempsey is a citizen of the United States and a resident of Chatham County. Plaintiff Dempsey is the President of American Clearing.

19.

Defendant J. E. Dunn Construction Company (hereafter "J.E. Dunn"), is a wholly owned subsidiary of J.E. Dunn Construction Group, Inc. ("JEDCG").

Page 6 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

20.

J.E. Dunn is registered with the Georgia Secretary of State and conducts business in Chatham County under the name, Rives E. Worrell Company.

21.

J.E. Dunn is a commercial construction firm, responsible for billions of dollars in government and private construction projects throughout the country, and at least $60 million in contracts in coastal Georgia. In 2012, the J.E. Dunn reported assets in excess of $728 million and gross annual revenues in excess of $2.2 billion.

22.

Defendant Ryan Price is a citizen of the United States and a resident of Chatham County. At all times material to this action, Defendant Price was an employee of J.E. Dunn or its subsidiaries, Rives E. Worrell, and/or R.J. Griffin & Company.

23.

Defendant Price currently holds the title of Vice President at Rives E. Worrell. He previously served in various management and supervisory capacities, including "Project Manager" and "Operations Lead."

Page 7 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

## FACTUAL ALLEGATIONS

### J.E. Dunn's "Minority Contractor Business Development Program"

24.

Beginning in 2012, J.E. Dunn invited the Plaintiffs to attend a year-long educational course as part of Dunn's so-called "Minority Contractor Business Development Program." The stated purpose of this program is "to build business development skills" among MWBE sub-contractors.

25.

The actual intended purpose of the course was to misappropriate information taken from MWBE sub-contractors for J.E. Dunn's own uses. Those uses included, but will not limited to, appropriating Plaintiffs' personal identities, trade names, and business information for commercial gain without the Plaintiffs' consent.

26.

Throughout the course, J.E. Dunn collected detailed business information from each Plaintiff, such as sales records, contact information, references, portfolios, organizational charts, and safety programs, which was not publicly available.

Page 8 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

27.

Plaintiffs provided this information to J.E. Dunn for the purpose of receiving beneficial feedback from an experienced prime contractor. The Plaintiffs did not provide this information, including their trade names and other property, to J.E. Dunn unconditionally. Said information was only provided to J.E. Dunn for use within the class.

28.

While J.E. Dunn may have provided some nominal business development advice to Plaintiffs during the year-long course, its primary intent was to use the information gleaned for its own commercial gain.

**The Contract Bid Submission Forms**

29.

In compiling its bid for "Construction Manager At Risk Services for Hesse K-8 Replacement School" (hereinafter "Hesse School Contract"), J.E. Dunn submitted to the Board of Education, "SCCPSS RFQ Form 4," Local and MWBE Development Documentation" ("Form 4"), which documented "efforts made by the Offeror to enlist the participation of Local and/or MWBE." A true and accurate copy of Form 4 is attached hereto as Exhibit "A."

Page 9 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr , Diaby Electric, Inc . Tidian Diaby, MCN Construction and
Management, Inc., Leroy V Maxwell, Jr., American Clearing, Inc , and Rose L Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E Price

30.

Defendant Ryan Price, subscribed and swore before a notary public on May 20, 2013, that the information reported on Form 4 was true and correct.

31.

J.E. Dunn listed on Form 4 the names of eight MWBE firms, and stated that it had made contact, in person, with a representative of each firm, about the Hesse School Contract on February 28, 2013.

32.

Each of the above-named Plaintiffs appears on the completed Form 4, as sworn by Defendant Price on May 20, 2013.

33.

For example, J.E. Dunn attests that it communicated with "KJS Construction," in person on February 28th about providing paint services for the Hesse School project.

34.

Each of the Plaintiffs did attend a session of the "Minority Contractor Business Development Program," conducted by agents of J.E. Dunn on February 28, 2013, but the Plaintiffs' participation in the Hesse School Contract was not discussed during this session.

KJ's General Contractors, Inc., Kenneth F Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V Maxwell, Jr., American Clearing, Inc., and Rose L Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

35.

None of the Plaintiffs were aware that their personal name and corporate information was listed by J.E. Dunn on Form 4.

36.

None of the Plaintiffs consented to the use of their personal name and/or corporate information by J.E. Dunn on Form 4.

37.

In compiling its bid for the Hesse School Contract, J.E. Dunn also submitted to the Board of Education "SCCPSS RFQ Form 5," Proposed Schedule of Local and/or MWBE Participation" ("Form 5"). Form 5 was subscribed and sworn by, Defendant Price, on May 20, 2013. A true and accurate copy of Form 5 is attached hereto as Exhibit "B."

38.

On Form 5, Defendant Price swore under penalty of perjury that J.E. Dunn "will enter into a formal agreement with the Local and/or Disadvantaged Business Enterprise Subcontractors/Proposers identified herein for work listed in this schedule."

Page 11 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks. Sr., Diaby Electric. Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr.. American Cleaning, Inc., and Rose L. Dempsey
vs
J.E Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

39.

Using Form 5, J.E. Dunn represented to the School District that it would allocate at least 50% of all construction cost dollars to MWBE firms.

40.

Using Form 5, J.E. Dunn represented that Plaintiff Diaby Electric's participation in the contract would comprise seven percent (7%) of the actual costs of the work.

41.

Using Form 5, J.E. Dunn represented that Plaintiff KJS General Contractors' participation in the contract would comprise five percent (5%) of the actual costs of the work.

42.

Using Form 5, J.E. Dunn represented that Plaintiff American Clearing's participation in the contract would comprise five percent (5%) of the actual costs of the work.

43.

None of the Plaintiffs were aware that their personal names and corporate information were listed by J.E. Dunn on Form 5.

Page 12 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J E Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

44.

None of the Plaintiffs consented to the commercial use of their personal names, their trade names, their corporate contact information, or their status as MWBE firms, by J.E. Dunn on Form 5.

45.

The Board of Education relied on the sworn representations by J.E. Dunn on Form 4 and Form 5 when it completed its initial evaluation of the strength of Defendant J.E. Dunn's bid, relative to the bids of seven other prime contractors.

**The Scoring and Selection Process**

46.

The Board of Education utilized a two-step scoring and selection process to consider bids for the Hesse School Contract. At step one, the Initial Screening, each bid submission was awarded points in six distinct categories and each prime contractor was assigned a score in each weighted category. The categories and percentage of total score were as follows: (1) Experience and Qualifications, 20% of total score; (2) Personnel and Project Team, 15% of total score; (3) Organizational Qualifications, 25% of total score; (4) Project Management, 20% of total score; (5) Local Business, 10% of total score, and (6) MWBE firm implementation, 10% of total score.

Page 13 of 30
KJ's General Contractors, Inc , Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc , and Rose L Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

47.

Because J.E. Dunn represented to the Board of Education on Form 5 that it would engage MWBE firms for 50% of the construction costs each committee member entered a score of 5 (out of 10 possible points) in the MWBE firm Implementation column on the Initial Evaluation Rating Sheet.

48.

Once all bids had been scored, the Board of Education invited the five top-ranked prime contractors to the second step, the Interview Phase.

49.

J.E. Dunn was among the five top ranked prime contractors and was invited to the Interview Phase.

50.

After the interviews, Committee Members again scored each of the remaining five prime contractors in seven distinct categories, using the "Interview Final Scoring" matrix. The categories and percentage of total score were as follows: (1) References and History, 10% of total score; (2) Overall Management Approach & Methodology, 30% of total score; (3) Project Team, 10% of total score; (4) Cost Control, 15% of total score; Project Scheduling, 15% of total score;

Page 14 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc , and Rose L Dempsey
vs
J E Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

(6) Local Business, 10% of total score; and (7) MWBE firm implementation, 10% of total score.

51.

Again, each Board of Education committee member entered a score of 5 for Defendant J.E. Dunn on the Interview Final Scoring sheet in the MWBE firm Implementation column based on Defendant J.E. Dunn's representations on Form 5.

52.

At the conclusion of the scoring process, Defendant J.E. Dunn was ranked first among the five prime contractors.

53.

In August 2013, at the recommendation of the Board of Education's evaluation team, the Chatham County School Board voted to award RFQ #C13-19 Construction Manager At Risk Services Contract for Hesse K-8 Replacement School to J.E. Dunn.

54.

On August 21, 2013, the Board of Education and J.E. Dunn executed, the Hesse School Contract, a "cost-plus" agreement.

Page 15 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J E Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

55.

According to said agreement, J.E. Dunn would receive payments from the Board of Education for the actual costs of the work to complete the school, plus fees for its management services, overhead costs, and expenses. The cost of the work, combined with the overhead costs and J.E. Dunn's fee, represent the guaranteed maximum price ("GMP"), subject to change orders.

56.

The initial GMP in said agreement was $20,909,000.

57.

That GMP included the following amounts paid to Defendant: (1) CMR Fee (preconstruction fee and construction fee) of 3.75% of costs, not to exceed $755,747, and (2) CMR Overhead Costs and Expenses not to exceed $1,692,278.

58.

Plaintiffs first became aware of J.E. Dunn's wrongful use of their business names and personal names after the Board of Education announced it had awarded the bid to Defendant J.E. Dunn.

59.

At the time Defendant J.E. Dunn submitted its bid for the Hesse School Contract, it did not intend to engage the Plaintiffs in the Hesse School Contract.

Page 16 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell. Jr., American Cleaning, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

60.

At the time J.E. Dunn submitted its bid for the Hesse School Contract, it did not have permission of the Plaintiffs for the use of their name(s) or identity(ies).

61.

Defendant J.E. Dunn has utilized similar fraudulent methods of misappropriating MWBE sub-contractors information and identity to secure other publicly funded construction projects, including, but not limited to, the Construction Management Contract for Live Oak Public Libraries.

## COUNT I — APPROPRIATION OF NAME AND/OR IDENTITY

## FOR COMMERCIAL ADVANTAGE

62.

Plaintiffs repeat and re-allege paragraphs 1-61 as though fully set forth herein.

63.

Defendant J.E. Dunn appropriated the Plaintiffs' personal names, personal identities, business identities, and trade names when it listed the same on its own bid documents.

Page 17 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V Maxwell, Jr., American Clearing, Inc , and Rose L. Dempsey
vs.
J E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

64.

At no time material to this complaint did Plaintiffs consent to the appropriation of their personal names, personal identities, business identities, and/or trade names for this purpose.

65.

As a result of the misappropriation of Plaintiffs' personal names, personal identities, business identities, trade names, and status as MWBE firms, Defendant J.E. Dunn has received the benefit of the Hesse School Contract award.

66.

The special damages which flow from the appropriation of Plaintiffs' personal names, personal identities, business identities, trade names, and status as MWBE firms include the harm to their personal names, personal identities, business identities, and trade names as measured by the benefit received by Defendant J.E. Dunn.

67.

Defendant J.E. Dunn's conduct further shows willful misconduct, malice, fraud, and wantonness, entitling the Plaintiffs to recover punitive damages to punish, penalize, and deter the Defendant.

Page 18 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric. Inc., Tidian Diaby. MCN Construction and
Management, Inc , Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

## COUNT II — UNJUST ENRICHMENT

68.

Plaintiffs repeat and re-allege paragraphs 1-67 as though fully set forth herein.

69.

Defendant J.E. Dunn's above-described conduct has had the purpose and effect of appropriating the Plaintiffs' personal names, personal identities, business identities, trade names, and status as MWBE firms for its own use. Defendant's conduct is intended to, and has had the effect of, permitting J.E. Dunn to reap substantial profits in the form of bids that it would otherwise not be awarded.

70.

Said benefits and advantages properly belong to Plaintiffs.

71.

Defendant J.E. Dunn retained the ill-gotten benefits and advantages belonging to Plaintiffs and has thus been unjustly enriched by the conduct described above to the detriment of Plaintiffs in an amount to be proved at trial.

Page 19 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J E Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

72.

Equity requires that Defendant J.E. Dunn transfer to Plaintiffs the benefits it wrongly obtained as a result of its misuse of the Plaintiffs' personal names, personal identities, business identities, trade names, and status as MWBE firms.

73.

J.E. Dunn has been unjustly enriched at the expense of the Plaintiffs. Defendant J.E. Dunn should therefore be required to disgorge its unlawful profits or otherwise return to the Plaintiffs the full amount of any earnings that are the direct and proximate result of Defendant J.E. Dunn's unlawful conduct.

74.

Defendant J.E. Dunn's conduct further shows willful misconduct, malice, fraud, and wantonness, entitling Plaintiffs to recover of it punitive damages to punish, penalize, and deter Defendant.

## COUNT III — INFRINGEMENT OF TRADE NAME UNDER UDTPA

### (O.C.G.A. § 10-1-370, et seq.)

75.

Plaintiffs repeat and re-allege paragraphs 1-74 as though fully set forth herein.

Page 20 of 30
KJ's General Contractors, Inc , Kenneth F. Jenks, Sr , Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing. Inc , and Rose L., Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E  Worrell Company and Ryan E. Price

76.

Defendant J.E. Dunn engaged in unfair trade practices, in violation of state law, when it represented to the Board of Education that its service would include participation by the Plaintiffs.

77.

This representation was calculated to induce the Board of Education to award the Hesse School Contract to Defendant J.E. Dunn by artificially and fraudulently improving the quality of the Defendant J.E. Dunn's bid.

78.

Plaintiffs are entitled to injunctive relief against Defendant J.E. Dunn's further wrongful use of Plaintiffs' respective trade names. The Plaintiffs are also entitled to their costs of litigation.

## COUNT IV — VIOLATION OF GEORGIA RICO

## (O.C.G.A. § 16-14-4(b) and O.C.G.A. § 16-14-4(c))

79.

Plaintiffs repeat and re-allege paragraphs 1-78 as though fully set forth herein.

Page 21 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V Maxwell, Jr., American Clearing, Inc., and Rose L Dempsey
vs
J E Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

80.

Defendant J.E. Dunn and Defendant Price have participated in an association-in-fact enterprise with a third party consultant and other current, and former J.E. Dunn employees, through a pattern of racketeering activity during the last five years, in an effort to secure publicly financed construction projects throughout Chatham County.

81.

The third party consultant shares the common purpose of obtaining contract awards for firms associated with the enterprise.

82.

This association of Defendant J.E. Dunn, Defendant Price, Defendant J.E. Dunn's current and former employees, and the third party consultant constitutes an association-in-fact enterprise pursuant to O.C.G.A. § 16-14-3(6).

83.

The Defendants' illegal racketeering activity includes multiple violations of O.C.G.A. § 16-8-3 and/or O.C.G.A. § 16-8-4, of which Plaintiffs were the victims.

84.

The Defendants also committed multiple violations of 18 U.S.C.A § 1343, when they used the interstate wires in order to obtain Plaintiffs' property as part of

Page 22 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

a scheme to defraud both the Plaintiffs and the Board of Education. Each federal wire fraud violation constitutes a Georgia RICO predicate act pursuant to O.C.G.A. § 16-14-3(9)(A)(xxix).

85.

The Defendants violated O.C.G.A. § 16-9-101 when they sent false and misleading email messages to Plaintiffs.

86.

Plaintiffs were proximately injured by reason of this racketeering activity, where their personal names, personal identities, business identities, trade names, and status as MWBE firms were converted by Defendant J.E. Dunn and Defendant Price for their own use.

87.

The repeated criminal acts of Defendant J.E. Dunn and Defendant Price have the same or similar (a) intents, that is, to deprive victims of their personal and/or business property; (b) results, that is, obtaining publicly funded construction contracts; and (c) methods of commission, that is, listing the victims' personal names, personal identities, business identities, trade names, and status as MWBE firms on bid submission documents.

Page 23 of 30
KJ's General Contractors, Inc , Kenneth F. Jenks. Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V Maxwell, Jr., American Cleaning, Inc , and Rose L Dempsey
vs.
J E Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

88.

In addition, the Defendants' actions showed willful misconduct, malice, fraud, or that entire want of care that raises the presumption of conscious indifference to consequences and specific intent to cause harm, entitling the Plaintiffs to receive punitive damages sufficient to deter, penalize, or punish the Defendants in light of the circumstances of this case.

89.

The violation of the Georgia RICO statute by Defendant J.E. Dunn and Defendant Price entitles the Plaintiffs to treble damages as to any and all damages awarded by this Court or a jury.

## COUNT V — FRAUD AND DECEIT

90.

Plaintiffs repeat and re-allege paragraphs 1-89 as though fully set forth herein.

91.

On May 20, 2013, Defendant Price made a false representation of a material fact, to wit: that Defendant J.E. Dunn intended to enter into formal agreements with the Plaintiffs to complete a portion of the Hesse School Contract, when

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V Maxwell, Jr., American Cleaning, Inc., and Rose L. Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

Defendant J.E. Dunn in fact had no intention to enter any of the agreements with the Plaintiffs.

92.

The Defendant J.E. Dunn and Defendant Price knew at that time that said representation was false.

93.

As a proximate result of Defendants' fraudulent misrepresentations and otherwise wrongful conduct as alleged herein, the Plaintiffs were injured in their trade name and by the fraudulent use of their status as MWBE firms.

94.

Defendant J.E. Dunn and Defendant Price obtained the personal and corporate information of the Plaintiffs by offering a free class J.E. Dunn's "Minority Contractor Business Development Program" for MWBE firm contractors.

95.

Defendant J.E. Dunn and Defendant Price represented to the Plaintiffs that said classes would help them personally and professionally.

Page 25 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr, American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

96.

The Plaintiffs relied on representations of Defendant J.E. Dunn and Defendant Price.

97.

The Plaintiffs' reliance was justified.

98.

The Plaintiffs were harmed in the loss of their time and, more significantly, by providing their personal and corporate information to the Defendants.

99.

By reason of their fraudulent and otherwise wrongful conduct, Defendant J.E. Dunn and Defendant Price have no legal or equitable right, claim or interest in the payments obtained by said fraudulent conduct. Instead, Defendant J.E. Dunn and Defendant Price are trustees holding said property and profits therefrom in constructive trust for the Plaintiffs and have a duty to convey the same to the Plaintiffs forthwith.

100.

The conduct of Defendant J.E. Dunn and Defendant Price further shows willful misconduct, malice, fraud, and wantonness, entitling the Plaintiffs to

Page 26 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

recover of each Defendant punitive damages to punish, penalize, and deter such conduct.

## COUNT VI -- TORTIOUS BREACH OF LEGAL DUTY (O.C.G.A. § 51-1-6)

### 101.

Plaintiffs repeat and re-allege paragraphs 1-100 as though fully set forth herein.

### 102.

Defendant J.E. Dunn and Defendant Price submitted signed, sworn statements to the Board of Education attesting that the representations on Form 4 and Form 5 were truthful.

### 103.

Defendant J.E. Dunn and Defendant Price had a legal duty to be truthful as to the representations on Form 4 and Form 5.

### 104.

Defendant J.E. Dunn and Defendant Price breached that duty by making false representations on Form 4 and Form 5.

### 105.

The Plaintiffs were proximately harmed by this breach.

Page 27 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing. Inc.. and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

106.

The Plaintiffs are entitled to full restitution for the harm caused by this breach.

107.

The conduct of Defendant J.E. Dunn and Defendant Price further shows willful misconduct, malice, fraud, and wantonness, entitling the Plaintiffs to recover of each punitive damages to punish, penalize, and deter the Defendants.

WHEREFORE, Plaintiffs pray for relief as follows:

1.      For compensatory damages from Defendant J.E. Dunn and Defendant Price according to proof;

2.      For their attorneys' fees and costs of litigation pursuant to all applicable statutes;

3.      For appropriate equitable relief, including, but not limited to, imposition of a constructive trust over all amounts by which Defendants have been and/or will be unjustly enriched;

4.      For disgorgement by the Defendants to the Plaintiffs of any and all profits that the Defendants would not have obtained but for the use of the Plaintiffs' personal and/or business identities, and/or the return to the Plaintiffs of the full amount that the Defendants were, or will be, unjustly enriched;

Page 28 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V Maxwell, Jr., American Clearing, Inc , and Rose L. Dempsey
vs.
J.E  Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

5.     For a temporary and permanent injunction against any further violations of law alleged herein by Defendants or any entities affiliated with the Defendants, pursuant to O.C.G.A. § 16-14-4(b) and (c);

6.     For a judgment against Defendant J.E. Dunn and Defendant Price for punitive damages in an amount determined by the enlightened conscience of the Court or jury;

7.     For judgment in an amount equal to three times the actual and punitive damages sustained by the plaintiffs, pursuant to O.C.G.A. § 16-14-6(c);

8.     For attorneys' fees and expenses in the trial and appellate courts, and costs of investigation and litigation reasonably incurred, pursuant to O.C.G.A. § 16-14-6(c); and

9.     For any such other or further relief as the Court deems just and proper.

[Bottom left blank intentionally. Signature on following page.]

Page 29 of 30
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J E. Dunn Construction Company d/b/a Rives E Worrell Company and Ryan E. Price

Respectfully submitted, this 24th day of July, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiff

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@claibornefirm.com

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile
woolf@woolflawfirm.net

KJ's General Contractors. Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS, )
INC., KENNETH F. JENKS, SR., )
DIABY ELECTRIC, INC., TIDIAN )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., )
LEROY V. MAXWELL, JR., )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY, )
                                        )
        Plaintiffs, )
                                        )
vs. ) Civil Action Number: SPCV14- _0990 - JTD_
                                        )
J. E. DUNN CONSTRUCTION )
COMPANY d/b/a RIVES E. )
WORRELL COMPANY, and )
RYAN E. PRICE, )
                                        )
                                        ) JURY TRIAL REQUESTED
        Defendants. )

# EXHIBIT "A"

## LOCAL AND MWBE DEVELOPMENT DOCUMENTATION

Project Name: Construction Management at Risk Services for Hesse K-8 Replacement School  RFQ #: C13-19

Enter below documentation of efforts made by the Offeror to enlist the participation of Local and/or MWBE.

| Firm Name | Person & Date Contacted | Telephone # & Email Address | Type of Services | Method of Communication |
|---|---|---|---|---|
| Economy Masonry | Ernest Wright, Jr. 2/28/13 | 912-232-9925 ecohdmymasonry@ bellsouth.net | Masonry | In person |
| MCN Construction & Management | Leroy Maxwell 2/28/13 | 912-351-9391 mcnconst@ bellsouth.net | Concrete | In person |
| American Clearing Inc. | Rose Dempsey 2/28/13 | 912-201-0550 americanhauling@ msn.com | Demolition | In person |
| KJS General Contractor | Kenneth Jenks 2/28/13 | 912-233-9156 kjsgeneral@ bellsouth.net | Paint | In person |
| Diaby Electric | Tiadan Diaby 2/28/13 | 912-352-2224 diabyelectrical@ bellsouth.net | Electrical | In person |
| Thrifty Supply | Carol Chen 2/28/13 | 912-232-2906 cchen@bellsouth.net | Supplier | In person |
| ABC Waste | Carolyn Stewart 2/28/13 | 912-443-0127 carolyn@ abc-waste.com | Waste | In person |
| Clifton Construction Inc. | Gina Mincey 2/28/13 | 912-964-0366 gcminc@aol.com | Site Work | In person |

Note: Provide additional copies of this form if necessary, numbering each.

JB Dunn Construction Company
d/b/a Rives E. Worrell Company   Ryan E. Price, Vice President                      5/21/2013
Company                          Name, Title              Authorized Signature   Date
SUBSCRIBED AND SWORN BEFORE ME ON THIS THE 20th DAY OF May , 2013

_____                     Notary Public; My Commission Expires: 8/2/15

(OFFICIAL SEAL)
NOTARY PUBLIC GEORGIA  Include attachments to this form only as deemed necessary.
LAUREN H. PRESLEY   This form must be marked clearly on each page with the words, "Attachment to Form 4."
COUNTY OF CHATHAM
My Commission Expires Aug. 2, 2015              SCOPSB RFQ FORM 4

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS, )
INC., KENNETH F. JENKS, SR.,     )
DIABY ELECTRIC, INC., TIDIAN )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC.,          )
LEROY V. MAXWELL, JR.,          )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY,                    )
                                              )
        Plaintiffs,                       )
                                              )
vs.                                          ) Civil Action Number: SPCV14-*077*___
                                              )
J. E. DUNN CONSTRUCTION    )
COMPANY d/b/a RIVES E.         )
WORRELL COMPANY, and         )
RYAN E. PRICE,                        )
                                              ) JURY TRIAL REQUESTED
        Defendants.                     )

# EXHIBIT "B"

## PROPOSED SCHEDULE OF LOCAL AND/OR MWBE PARTICIPATION

NAME OF OFFEROR: JE Dunn Construction Company d/b/a Rives E. Worrell Company   RFQ NO: C13-19

PROJECT TITLE: Construction Management at Risk Services for Hesse K-8 School Replacement

Enter below information regarding the Local and/or Disadvantaged Business Enterprise participants with whom the Offeror intends to enter into a formal agreement should it be awarded a contract with the Savannah-Chatham County School District.

| Name of Participant (list each only once) | Women Lead | African American Other Minorities | | Complete Physical Address | Type of Service to be Performed | Participation in this form as a Percentage (%) |
|---|---|---|---|---|---|---|
| Thrifty Supply | ✓ | ✓ | | 340 MLK Jr. Blvd. Savannah, GA 31401 | Paint/Misc Supply | 1 |
| Diaby Electric | ✓ | ✓ | | 1318 Parnell Ave., Savannah, GA 31404 | Electrical | 7 |
| Coastal Empire Cleaning | ✓ | | ✓ | 2 Tara Court, Savannah, GA 31406 | Post Construction Clean | 1 |
| KJS Construction | ✓ | | ✓ | 6205 Abercorn St. #218, Sav. GA 31405 | Interior Framing | 5 |
| Clifton Construction | ✓ | ✓ | | 18 Gulfstream Rd., Savannah, GA 31419 | Site Preparation | 10 |
| Satori Construction | ✓ | | ✓ | 22 West Bryan St. #369, Sav. GA 31401 | CM Field Staff, Local Proc. | 10 |
| American Clearing & Hauling | ✓ | | ✓ | 409 E. Montgomery Xrds, Sav. GA 31406 | Demolition | 5 |
| ABC Waste | ✓ | ✓ | | 3 Paison Rd., Savannah, GA 31405 | Hauling | 5 |
| Economy Masonry | ✓ | | ✓ | 913 Crosby St., Savannah, GA 31415 | Masonry | 6 |
| | | | | | | |

Enter below the correct percentages, based on the above information.

LOCAL BUSINESS ENTERPRISE     80    %          Women Owned PARTICIPATION     15    %

AFRICAN-AMERICAN PARTICIPATION    27    %     OTHER MINORITY PARTICIPATION     8    %

The undersigned will enter into a formal agreement with the Local and/or Disadvantaged Business Enterprise Sub-contractors/Proposers identified herein for work listed in this schedule conditioned upon execution of a contract with the Savannah-Chatham County School District.

Under penalties of perjury I declare that I have read the foregoing conditions and instructions and the facts are true to the best of my knowledge and beliefs.

| | | | |
|---|---|---|---|
| JE Dunn Construction Company d/b/a Rives E. Worrell Company   Ryan E. Price, Vice President | | | 5/29/2013 |
| Company | Name, Title | Authorized Signature | Date |

SUBSCRIBED AND SWORN BEFORE ME ON THIS THE    29th    DAY OF    May    , 201 3

Notary Public; My Commission Expires: 8/2/15

Note: The SBAC of Savannah, Department of Economic Development is available to identify qualified businesses. Please call (912) 651-3653.

LAUREN N. PRESLEY
COUNTY OF CHATHAM
My Commission Expires Aug. 2, 2015

SCCPSS RFQ FORM 5

*Please note that all of the businesses listed are local and are included in the overall 80% local number. The participants are further identified by their gender/ethnic status.

**Please note the 30% difference is non-minority local labor.

## VERIFICATION

Personally before the undersigned officer authorized by law to administer oaths, came and appeared   who, after having been duly sworn, deposes and says that the facts contained in the within and foregoing **VERIFIED COMPLAINT** are true and correct.

This 2 4 day of July                       , 2014.

LEROY V. MAXWELL, JR.

Sworn to and subscribed before me this
2 4 day of July               ,
2014.

NOTARY PUBLIC

KIMBERLY A. GRIFFIN
NOTARY
My Comm Exp
Oct. 17, 2015
PUBLIC
CHATHAM COUNTY, GA

## VERIFICATION

Personally before the undersigned officer authorized by law to administer oaths, came and appeared   who, after having been duly sworn, deposes and says that the facts contained in the within and foregoing **VERIFIED COMPLAINT** are true and correct.

This 2 4 day of July , 2014.

_____
MCN CONSTRUCTION COMPANY

Sworn to and subscribed before me this
2 4 day of July ,
2014

_____
NOTARY PUBLIC

KIMBERLY A. GRIFFIN
NOTARY
My Comm. Exp.
Oct. 17, 2015
PUBLIC
COUNTY

## VERIFICATION

Personally before the undersigned officer authorized by law to administer oaths, came and appeared who, after having been duly sworn, deposes and says that the facts contained in the within and foregoing **VERIFIED COMPLAINT** are true and correct.

This 24 day of _____, 2014.

_____
KENNETH F. JENKS, SR.

Sworn to and subscribed before me this
24 day of _____,
2014

_____
NOTARY PUBLIC

## VERIFICATION

Personally before the undersigned officer authorized by law to administer oaths, came and appeared   who, after having been duly sworn, deposes and says that the facts contained in the within and foregoing **VERIFIED COMPLAINT** are true and correct.

This _24_ day of _July_ _____, 2014.

_Kenneth J Jerks Sr._
KJS GENERAL CONTRACTORS

Sworn to and subscribed before me this
_24_ day of _July_ ,
2014.

_[signature]_
NOTARY PUBLIC

_[Notary seal: KIMBERLY A. GRIFFIN, NOTARY PUBLIC, CHATHAM COUNTY, GA — My Commission Exp. Oct 17, 2015]_

## VERIFICATION

Personally before the undersigned officer authorized by law to administer oaths, came and appeared who, after having been duly sworn, deposes and says that the facts contained in the within and foregoing **VERIFIED COMPLAINT** are true and correct.

This 24 day of July, 2014.

*Rose L. Golden Dempsey*

*American Clearing Inc.*
AMERICAN CLEARING, INC.

Sworn to and subscribed before me this
24 day of July,
2014.

NOTARY PUBLIC

KIMBERLY A. GRIFFIN
NOTARY
My Comm. Exp.
Oct. 17, 2015
PUBLIC
CHATHAM COUNTY, GA

## VERIFICATION

Personally before the undersigned officer authorized by law to administer oaths, came and appeared  who, after having been duly sworn, deposes and says that the facts contained in the within and foregoing **VERIFIED COMPLAINT** are true and correct.

This 2 4 day of July, 2014

_Rose L Dempsey_
ROSE L. DEMPSEY

Sworn to and subscribed before me this
2 4 day of July,
2014.

_[signature]_
NOTARY PUBLIC

_[notary seal: BERLY A. GRIFFIN, NOTARY, My Comm Exp. 17, 2015, PUBLIC, ... COUNTY, GA]_

## VERIFICATION

Personally before the undersigned officer authorized by law to administer oaths, came and appeared   who, after having been duly sworn, deposes and says that the facts contained in the within and foregoing **VERIFIED COMPLAINT** are true and correct.

This __24__ day of _____, 2014.

_____
DIABY ELECTRIC, INC.

Sworn to and subscribed before me this
__24__ day of _____,
2014.

_____
NOTARY PUBLIC

## **VERIFICATION**

Personally before the undersigned officer authorized by law to administer oaths, came and appeared  who, after having been duly sworn, deposes and says that the facts contained in the within and foregoing **VERIFIED COMPLAINT** are true and correct

This 24 day of _July_____, 2014.

_____
TIDIAN A. DIABY

Sworn to and subscribed before me this
24 day of July_____,.
2014

_____
NOTARY PUBLIC

KIMBERLY A GRIFFIN
NOTARY
My Comm Exp.
Oct. 17, 2015
PUBLIC
CHATHAM COUNTY, GA

## General Civil Case Filing Information Form (Non-Domestic)

**Court**     **County** Chatham        **Date Filed** 07/24/2014
☑ **Superior**
                                           MM-DD-YYYY
☐ **State**        **Docket #** SPCV14-O770M0

**Plaintiff(s)**
KJ's General Contractors, Inc.

| Last | First | Middle I. | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|
Jenks, Kenneth F. Sr.

Diaby Electric, Inc.

| Last | First | Middle I. | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|
Diaby, Tidian A.

MCN Construction and Management, Inc.

| Last | First | Middle I. | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|
Maxwell, Leroy V., Jr.

American Clearing, Inc.

| Last | First | Middle I. | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|
Dempsey, Rose L.

**No. of Plaintiffs** 8

**Defendant(s)**
J.E. Dunn Construction Company d/b/a

| Last | First | Middle I. | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|
Rives E. Worrell Company and

| Last | First | Middle I. | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|
Ryan E. Price

| Last | First | Middle I. | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix | Maiden |
|---|---|---|---|---|---|

**No. of Defendants** 2

**Plaintiff/Petitioner's Attorney**    ☐ **Pro Se**

Claiborne, William R.

| Last | First | Middle I. | Suffix |
|---|---|---|---|

**Bar #** 126363

### Check Primary Type (Check only ONE)

☐ Contract/Account

☐ Wills/Estate

☐ Real Property

☐ Dispossessory/Distress

☐ Personal Property

☐ Equity

☐ Habeas Corpus

☐ Appeals, Reviews

☐ Post Judgment Garnishment, Attachment, or Other Relief

☐ Non-Domestic Contempt

☑ Tort (If tort, fill in right column)

☑ Other General Civil Specify _____

### If Tort is Case Type:
(Check no more than **TWO**)

☐ Auto Accident

☐ Premises Liability

☐ Medical Malpractice

☑ Other Professional Negligence

☐ Product Liability

☑ Other Specify _____

_____

**Are Punitive Damages Pleaded?** ☑ Yes ☐ No

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

FILED IN OFFICE

2014 JUL 24 PM 4:46

*[signature]*

CHATHAM COUNTY GA

KJ'S GENERAL CONTRACTORS, )
INC., KENNETH F. JENKS, SR., )
DIABY ELECTRIC, INC., TIDIAN )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., )
LEROY V. MAXWELL, JR., )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY, )
                                        )
        Plaintiffs, )
                                        )
vs. )  Civil Action Number: SPCV14-_0990 - MO
                                        )
J. E. DUNN CONSTRUCTION )
COMPANY d/b/a RIVES E. )
WORRELL COMPANY, and )
RYAN E. PRICE, )
                                        )
                                        ) JURY TRIAL REQUESTED
        Defendants. )

## CERTIFICATION UNDER RULE 3.2

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules of
Georgia, I hereby certify that no other case filed in the Eastern Judicial Circuit
which under Rule 3.2 of the Superior Court Rules which would require the Petition
to be specifically assigned to the to Judge whom the original action was or is
assigned.

Page 1 of 2
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V Maxwell, Jr., American Clearing, Inc , and Rose L. Dempsey
vs.
J.E Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED ALB    JUL 24 2014

Respectfully submitted, this 24th day of July, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@claibornefirm.com

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiffs

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile
woolf@woolflawfirm.net

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS,                    )
INC.,    KENNETH F JENKS, SR.,               )
DIABY ELECTRIC, INC., TIDIAN                 )
A  DIABY, MCN CONSTRUCTION                   )
AND MANAGEMENT, INC.,                        )
LEROY V. MAXWELL, JR ,                       )
AMERICAN CLEARING, INC., and                 )
ROSE L DEMPSEY,                              )
                                             )
        Plaintiffs,                          )
                                             )
vs.                                          ) Civil Action Number: SPCV14-*0270 - m 0*
                                             )
J E DUNN CONSTRUCTION                        )
COMPANY d/b/a RIVES E.                       )
WORRELL COMPANY, and                         )
RYAN E. PRICE,                               )
                                             ) JURY TRIAL REQUESTED
        Defendants                           )

## SUMMONS

TO THE ABOVE NAMED DEFENDANT.

### J.E. Dunn Construction Company D/B/A Rives E. Worrell Company

        You are hereby summoned and required to file with the Clerk of said court and serve
upon the Plaintiff's attorney, whose name and address is:

                    **WILLIAM R. CLAIBORNE
                    410 EAST BAY STREET
                    SAVANNAH, GA 31401
                    (912) 236-9559**

an answer to the complaint which is herewith served upon you, within 30 days after service of
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint.

        This 2 4 day of July, 2014.

                            Clerk of Superior Court
                            CHATHAM COUNTY

                            By _____
                                (Deputy) Clerk

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS, INC , KENNETH F. JENKS, SR., DIABY ELECTRIC, INC , TIDIAN A. DIABY, MCN CONSTRUCTION AND MANAGEMENT, INC., LEROY V. MAXWELL, JR , AMERICAN CLEARING, INC., and ROSE L. DEMPSEY, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs. | ) ) ) |
| vs. | ) Civil Action Number  SPCV14-*0990 - no* ) |
| J E DUNN CONSTRUCTION COMPANY d/b/a RIVES E. WORRELL COMPANY. and RYAN E. PRICE. | ) ) ) ) ) |
| Defendants. | ) JURY TRIAL REQUESTED ) |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

**J.E. Dunn Construction Company D/B/A Rives E. Worrell Company
ORIGINAL**

Filed in the Clerk's Office this ⍺4 day of July, 2014.

_____
Clerk, Dep Clerk, S C • C  GA

**WILLIAM R. CLAIBORNE**
PLAINTIFFS ATTORNEY

=================================

ENTERED ALB        JUL 2 4 2014

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS,    )
INC.,   KENNETH F. JENKS, SR.,   )
DIABY ELECTRIC, INC., TIDIAN    )
A. DIABY, MCN CONSTRUCTION   )
AND MANAGEMENT, INC.,        )
LEROY V. MAXWELL, JR.,       )
AMERICAN CLEARING, INC., and   )
ROSE L. DEMPSEY,          )
                        )
    Plaintiffs,          )
                        )
vs.               ) Civil Action Number: SPCV14-*0770* - *M* O
                        )
J E. DUNN CONSTRUCTION     )
COMPANY d/b/a RIVES E.       )
WORRELL COMPANY, and       )
RYAN E. PRICE,           )
                     ) JURY TRIAL REQUESTED
    Defendants         )

---

## SUMMONS

---

TO THE ABOVE NAMED DEFENDANT.

### Ryan E. Price

      You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**WILLIAM R. CLAIBORNE**
**410 EAST BAY STREET**
**SAVANNAH, GA 31401**
**(912) 236-9559**

an answer to the complaint which is herewith served upon you, within 30 days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

      This _24_ day of July, 2014.

                        Clerk of Superior Court
                        CHATHAM COUNTY

                        By _____
                           (Deputy) Clerk

Doc.    162227e
FILED FOR RECORD
7/24/2014  11:043m
PHID:  207.50
Daniel W. Massey, Clerk
Superior Court of Chatham County
Chatham County, Georgia

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS,
INC.,   KENNETH F. JENKS, SR.,
DIABY ELECTRIC, INC., TIDIAN
A DIABY, MCN CONSTRUCTION
AND MANAGEMENT, INC.,
LEROY V. MAXWELL, JR.,
AMERICAN CLEARING, INC., and
ROSE L. DEMPSEY,

    Plaintiffs.

vs.

J. E. DUNN CONSTRUCTION
COMPANY d/b/a RIVES E
WORRELL COMPANY, and
RYAN E. PRICE,

    Defendants

) ) ) ) ) ) ) ) ) ) )
) Civil Action Number: SPCV14-**0090- M O**
)
) ) ) )
) JURY TRIAL REQUESTED
)

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

**Ryan E. Price**

**ORIGINAL**

Filed in the Clerk's Office this 24 day of July, 2014.

_____
Clerk, Dep Clerk, S.C.\*C GR

**WILLIAM R. CLAIBORNE**
PLAINTIFFS ATTORNEY

==================================

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

*[court stamp: FILED IN OFFICE / 2014 JUL 25 PM 3: 42 / signature E. Odom]*

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS,<br>INC., KENNETH F. JENKS, SR.,<br>DIABY ELECTRIC, INC., TIDIAN<br>A. DIABY, MCN CONSTRUCTION<br>AND MANAGEMENT, INC.,<br>LEROY V. MAXWELL, JR.,<br>AMERICAN CLEARING, INC., and<br>ROSE L. DEMPSEY,<br><br>        Plaintiffs,<br><br>vs.<br><br>J. E. DUNN CONSTRUCTION<br>COMPANY d/b/a RIVES E.<br>WORRELL COMPANY, and<br>RYAN E. PRICE,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action Number: SPCV14-0770-MO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ACKNOWLEDGMENT OF SERVICE

The undersigned attorney, Bradley M. Harmon, of HunterMaclean, whose

address is, 200 E. Saint Julian Street, Savannah, Georgia 31401, hereby  consents

and acknowledges due and legal service of the Complaint in the above-styled case

on behalf of Defendant, J.E. Dunn Construction Company d/b/a Rives E. Worrell

Company.

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED ALB        JUL 2 8 2014

This _____ day of July, 2014.

HUNTERMACLEAN

Bradley M. Harmon
Georgia State Bar No. 327097
Attorney for Defendants

Page 2 of 2
KJ's General Contractors. Inc.. Kenneth F. Jenks, Sr , Diaby Electric, Inc , Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing. Inc.. and Rose L. Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E  Worrell Company and Ryan E. Price

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS, | ) |
| INC., KENNETH F. JENKS, SR., | ) |
| DIABY ELECTRIC, INC., TIDIAN | ) |
| A. DIABY, MCN CONSTRUCTION | ) |
| AND MANAGEMENT, INC., | ) |
| LEROY V. MAXWELL, JR., | ) |
| AMERICAN CLEARING, INC., and | ) |
| ROSE L. DEMPSEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action Number: SPCV14-0770-MO |
| | ) |
| J. E. DUNN CONSTRUCTION | ) |
| COMPANY d/b/a RIVES E. | ) |
| WORRELL COMPANY, and | ) |
| RYAN E. PRICE, | ) |
| | ) |
| Defendants. | ) |

## ACKNOWLEDGMENT OF SERVICE

The undersigned attorney, Bradley M. Harmon, of HunterMaclean, whose

address is, 200 E. Saint Julian Street, Savannah, Georgia 31401, hereby consents

and acknowledges due and legal service of the Complaint in the above-styled case

on behalf of Defendant, Ryan E. Price.

Page 1 of 2
KJ's General Contractors, Inc., Kenneth F Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED ALB      JUL 2 8 2014

This 25th day of July, 2014.

HUNTERMACLEAN

Bradley M. Harmon
Georgia State Bar No. 327097
Attorney for Defendants

Page 2 of 2
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V Maxwell, Jr., American Clearing, Inc., and Rose L Dempsey
vs.
J E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E Price

**IN THE SUPERIOR COURT OF CHATHAM COUNTY**
**STATE OF GEORGIA**

FILED IN OFFICE

2014 AUG 20  AM 10: 27

DEP CLK SUPERIOR CT.
CHATHAM COUNTY GA

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS, <br> INC., KENNETH F. JENKS, SR., <br> DIABY ELECTRIC, INC., TIDIAN <br> A. DIABY, MCN CONSTRUCTION <br> AND MANAGEMENT, INC., <br> LEROY V. MAXWELL, JR., <br> AMERICAN CLEARING, INC., and <br> ROSE L. DEMPSEY, <br><br>     Plaintiffs, <br><br> vs. <br><br> J. E. DUNN CONSTRUCTION <br> COMPANY d/b/a RIVES E. <br> WORRELL COMPANY, and <br> RYAN E. PRICE, <br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action Number: SPCV14-0770-MO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

## NOTICE TO TAKE DEPOSITION and NOTICE TO PRODUCE DOCUMENTS

---

TO:  RYAN E. PRICE
      c/o Bradley M. Harmon
      Hunter Maclean

YOU ARE HEREBY NOTIFIED that on Tuesday, September 30, 2014,

beginning at 9:30 a.m., William R. Claiborne of The Claiborne Firm, P.C., will

take your deposition at the law offices of **Hunter Maclean located at 200 East St.**

Page 1 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED 'CC    ..... 2 1 2014

**Julian Street, Savannah, Georgia, 31401**, before an officer duly authorized by law to take depositions, the undersigned attorney desires to proceed to take the deposition of **RYAN E. PRICE**, for discovery and for any other purposes authorized by law.

You are further commanded to bring with you at that time and place the following material which is within your possession, custody, or control:

1. All notes and minutes from the February 28, 2013 meeting of the Minority Contractor Development Program.

2. Copies of all communications messages sent and received in the course of submitting proposal for Hesse School Contract (described in Complaint in detail).

3. Copies of all communications including, but not limited to, any and all emails, letters, faxes, text messages, memos, and/or instant messages from January 1, 2010 to the present date sent to or received from:

      a. Walter Murphy;
      b. Tracey Tollison;
      c. Any employee or agent of J.E. Dunn, R.J Griffin, Elkins Construction, Memorial University Medical Center, or other affiliated businesses;
      d. Any and all elected members of the Chatham County School Board, Savannah City Council, Chatham County Commission and/or District Attorney Meg Heap;
      e. Any member of the Professional Staff of the Chatham County

Page 2 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

School Board, Savannah City Council, Chatham County
Commission and/or District Attorney Meg Heap; and

f. Bill Breyfogle and/or any other employee or agent of Parsons.

4. Copies and/or evidence of payments to you personally from January 1,
2010 to the present from J.E. Dunn, Rives Worrell, RJ Griffin, Memorial
University Medical Center, and/or Elkins Construction.

5. Copies and/or evidence of payments to you personally from January
1, 2010 to the present from elected members of the Chatham County School
Board, Savannah City Council, Chatham County Commission, and/or District
Attorney Meg Heap.

6. Copies of any and all solicitations from January 1, 2010 to the present of
donations to any elected members of the Chatham County School Board, Savannah
City Council, Chatham County Commission, and/or District Attorney Meg Heap.

7. Copies of contracts for payments to you from January 1, 2010 to the
present from J.E. Dunn, Rives Worrell, RJ Griffin, Memorial University Medical
Center, and/or Elkins Construction.

8. Copies of any and all communications including but not limited to any
and all emails, letters, faxes, text messages, memos, and/or instant messages from
January 1, 2010 to the present date to and from any of the Plaintiffs in this case.

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

9. All telephone and cellular phone records and/or bills from January 1, 2010 to the present date for any telephone which you have had access during that time.

10. A copy of the acquisition agreement executed between Rives E. Worrell Company and J.E. Dunn Construction.

11. Copies of all email messages sent and received in the process of compiling J.E. Dunn's proposal for the Hesse School Contract (as described in detail in the Complaint).

12. Text Message(s) sent and received from your personal cell phone to Tracey Tollison, Ryan E. Price, or David Simons, from January 1, 2010 to the present date.

13. Text Message(s) sent and received from your business cell phone to Tracey Tollison, Ryan E. Price, or David Simons, from January 1, 2010 to the present date.

[Bottom left blank intentionally. Signature on following page.]

Page 4 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile

Page 5 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

FILED IN OFFICE

## IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

2014 AUG 20  AM 11: 48

DEP. CLERK SUPERIOR CT
CHATHAM COUNTY GA

KJ'S GENERAL CONTRACTORS,            )
INC., KENNETH F. JENKS, SR.,          )
DIABY ELECTRIC, INC., TIDIAN          )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC.,                 )
LEROY V. MAXWELL, JR.,                )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY,                      )
                                      )
         Plaintiffs,                  )
                                      )
vs.                                   ) Civil Action Number: SPCV14-0770-MO
                                      )
J. E. DUNN CONSTRUCTION              )
COMPANY d/b/a RIVES E.                )
WORRELL COMPANY, and                  )
RYAN E. PRICE,                        )
                                      )
         Defendants.                  )

---

## CERTIFICATE OF SERVICE

---

I hereby certify that I have this date served a copy of the foregoing upon all

Counsel of Record by United States Postal Service with adequate postage attached

thereon:

Bradley M. Harmon, Esquire
P.O. Box 9848
Savannah, Georgia 31412

Page 6 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED NCC   **AUG 2 1 2014**

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile

Page 7 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

FILED IN OFFICE

2014 AUG 20  AM 10: 29

~~[signature]~~
CLERK SUPERIOR CT
CHATHAM COUNTY GA

KJ'S GENERAL CONTRACTORS,        )
INC., KENNETH F. JENKS, SR.,      )
DIABY ELECTRIC, INC., TIDIAN      )
A. DIABY, MCN CONSTRUCTION        )
AND MANAGEMENT, INC.,             )
LEROY V. MAXWELL, JR.,            )
AMERICAN CLEARING, INC., and      )
ROSE L. DEMPSEY,                  )
                                  )
          Plaintiffs,             )
                                  )
vs.                               )   Civil Action Number: SPCV14-0770-MO
                                  )
J. E. DUNN CONSTRUCTION           )
COMPANY d/b/a RIVES E.            )
WORRELL COMPANY, and              )
RYAN E. PRICE,                    )
                                  )
          Defendants.             )

---

## SUBPOENA FOR THE PRODUCTION OF EVIDENCE
## and NOTICE OF DEPOSITION

---

CLERK OF SUPERIOR COURT
CHATHAM COUNTY, STATE OF GEORGIA

TO:   DAVID CHARLES SIMONS

YOU ARE HEREBY NOTIFIED that on Tuesday, September 30, 2014,

beginning at 12:30 p.m., William R. Claiborne of The Claiborne Firm, P.C., will

Page 1 of 6
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED NCC   AUG 2 1 2014

take your deposition at the law offices of **Hunter Maclean located at 200 East St. Julian Street, Savannah, Georgia, 31401,** before an officer duly authorized by law to take depositions, the undersigned attorney desires to proceed to take the deposition of **DAVID CHARLES SIMONS,** for discovery and for any other purposes authorized by law.

You are further commanded to bring with you at that time and place the following material which is within your possession, custody, or control:

1. Copies of all communications including, but not limited to, any and all emails, letters, faxes, text messages, memos, and/or instant messages from January 1, 2010 to the present date sent to or received from:

    a. Walter Murphy;
    b. Ryan E. Price;
    c. Tracey Tollison;
    d. Any employee or agent of J.E. Dunn, Rives Worrell, R.J Griffin, Elkins Construction, Hunter Maclean, Memorial University Medical Center, or other affiliated businesses;
    e. Any and all elected members of the Chatham County School Board, Savannah City Council, Chatham County Commission and/or District Attorney Meg Heap;
    f. Any member of the Professional Staff of the Chatham County School Board, Savannah City Council, Chatham County Commission and/or District Attorney Meg Heap; and
    g. Bill Breyfogle and/or any other employee or agent of Parsons.

2. Copies and/or evidence of payments to you personally or to the Simons

Page 2 of 6
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

Political Group from January 1, 2010 to the present from J.E. Dunn, Rives Worrell,
RJ Griffin, Memorial University Medical Center, and/or Elkins Construction.

3. Copies and/or evidence of payments to you personally or the Simons
Political Group from January 1, 2010 to the present from elected members of the
Chatham County School Board, Savannah City Council, Chatham County
Commission, and/or District Attorney Meg Heap.

4. Copies of any and all solicitations from January 1, 2010 to the present of
donations from J.E. Dunn, Rives Worrell, RJ Griffin, Elkins, Memorial University
Medical Center, officers and/or employees of said companies to any elected
members of the Chatham County School Board, Savannah City Council, Chatham
County Commission, and/or District Attorney Meg Heap.

5. Copies of contracts for payments to you personally or the Simons Political
Group from January 1, 2010 to the present from J.E. Dunn, Rives Worrell, RJ
Griffin, Memorial University Medical Center, and/or Elkins Construction.

6. Copies of contracts for payments to you personally or the Simons Political
Group from January 1, 2010 to the present from any elected members of the
School Board, City Council, County Commission, and/or District Attorney Meg
Heap.

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

7.  Copies of any and all communications including but not limited to any and all emails, letters, faxes, text messages, memos, and/or instant messages from January 1, 2010 to the present date to and from any of the Plaintiffs in this case.

8. All telephone and cellular phone records and/or bills from January 1, 2010 to the present date for any telephone which you have had access during that time.

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

**IN THE SUPERIOR COURT OF CHATHAM COUNTY**
**STATE OF GEORGIA**

FILED IN OFFICE

2014 AUG 20  AM 10: 38

DEP CLK SUPERIOR CT.
CHATHAM COUNTY GA

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS, INC., KENNETH F. JENKS, SR., DIABY ELECTRIC, INC., TIDIAN A. DIABY, MCN CONSTRUCTION AND MANAGEMENT, INC., LEROY V. MAXWELL, JR., AMERICAN CLEARING, INC., and ROSE L. DEMPSEY, <br><br>    Plaintiffs, <br><br>vs. <br><br>J. E. DUNN CONSTRUCTION COMPANY d/b/a RIVES E. WORRELL COMPANY, and RYAN E. PRICE, <br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action Number: SPCV14-0770-MO |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all

Counsel of Record by United States Postal Service with adequate postage attached

thereon:

Bradley M. Harmon, Esquire
P.O. Box 9848
Savannah, Georgia 31412

Page 5 of 6
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED NCC   **AUG 2 1 2014**

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile

Page 6 of 6
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

**IN THE SUPERIOR COURT OF CHATHAM COUNTY**
**STATE OF GEORGIA**

FILED IN OFFICE

2014 AUG 20  AM IC: 2



DEP CLK SUPERIOR Ct
CHATHAM COUNTY GA

KJ'S GENERAL CONTRACTORS,  )
INC., KENNETH F. JENKS, SR.,  )
DIABY ELECTRIC, INC., TIDIAN  )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC.,  )
LEROY V. MAXWELL, JR.,  )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY,  )
          )
     Plaintiffs,  )
          )
vs.  ) Civil Action Number: SPCV14-0770-MO
          )
J. E. DUNN CONSTRUCTION  )
COMPANY d/b/a RIVES E.  )
WORRELL COMPANY, and  )
RYAN E. PRICE,  )
          )
     Defendants.  )

---

## SUBPOENA FOR THE PRODUCTION OF EVIDENCE
## and NOTICE OF DEPOSITION

---

CLERK OF SUPERIOR COURT
CHATHAM COUNTY, STATE OF GEORGIA

TO:  TRACEY TOLLISON

YOU ARE HEREBY NOTIFIED that on Tuesday, September 30, 2014,

beginning at 11:30 a.m., William R. Claiborne of The Claiborne Firm, P.C., will

Page 1 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED  JG 2 1 2014

take your deposition at the law offices of **Hunter Maclean located at 200 East St. Julian Street, Savannah, Georgia, 31401,** before an officer duly authorized by law to take depositions, the undersigned attorney desires to proceed to take the deposition of **Tracey Tollison,** for discovery and for any other purposes authorized by law.

You are further commanded to bring with you at that time and place the following material which is within your possession, custody, or control:

1. Copies of all materials presented during any class session of the Minority Contractor Business Development Program conducted by J.E. Dunn / Rives E. Worrell Company, including, but not limited to, the class on February 28, 2013.

2. Any and all text message(s) sent and received from your personal cell phone to Walter Murphy, Ryan E. Price, or David Simons, from January 1, 2010 to the present date.

3. Any and all text message(s) sent and received from your business cell phone to Walter Murphy, Ryan E. Price, or David Simons, on January 1, 2010 to the present date.

4. All notes and minutes from the February 28, 2013 meeting of the Minority Contractor Development Program.

5. Copies of email messages sent and received in the course of submitting

Page 2 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

proposal for Hesse School Contract (described in Complaint in detail).

6. Copies of all communications including, but not limited to, any and all

emails, letters, faxes, text messages, memos, and/or instant messages from January

1, 2010 to the present date sent to or received from:

    a. Walter Murphy;
    b. Ryan E. Price;
    c. Tracey Tollison;
    d. Any employee or agent of J.E. Dunn, Rives Worrell, R.J Griffin, Elkins Construction, Hunter Maclean, Memorial University Medical Center, or other affiliated businesses;
    e. Any and all elected members of the Chatham County School Board, Savannah City Council, Chatham County Commission and/or District Attorney Meg Heap;
    f. Professional Staff of the Chatham County School Board, Savannah City Council, Chatham County Commission and/or District Attorney Meg Heap; and
    g. Bill Breyfogle and/or any other employee or agent of Parsons.

7. Copies and/or evidence of payments from January 1, 2010 to the present

from J.E. Dunn, Rives Worrell, RJ Griffin, Memorial University Medical Center,

and/or Elkins Construction.

8. Copies of any and all solicitations from January 1, 2010 to the present of

donations from J.E. Dunn, Rives Worrell, RJ Griffin, Elkins, Memorial University

Medical Center, officers and/or employees of said companies to any elected

members of the Chatham County School Board, Savannah City Council, Chatham

County Commission, and/or District Attorney Meg Heap.

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

9. Copies of contracts for payments to you personally from January 1, 2010 to the present from J.E. Dunn, Rives Worrell, RJ Griffin, Memorial University Medical Center, and/or Elkins Construction.

11. Copies of any and all communications including but not limited to any and all emails, letters, faxes, text messages, memos, and/or instant messages from January 1, 2010 to the present date to and from any of the Plaintiffs in this case.

12. All telephone and cellular phone records and/or bills from January 1, 2010 to the present date for any telephone which you have had access during that time.

13. Copies of all email messages sent and received in the process of compiling J.E. Dunn's proposal for the Hesse School Contract (as described in detail in the Complaint).

14. Text Message(s) sent and received from your personal cell phone to or from Ryan E. Price, Walter Murphy, or David Simons, from January 1, 2010 to the present date.

15. Text Message(s) sent and received from your business cell phone to or from Ryan E. Price, Walter Murphy, or David Simons, from January 1, 2010 to the present date.

Page 4 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

16. Copies and/or evidence of payments to you personally from January 1, 2010 to the present from J.E. Dunn, Rives Worrell, RJ Griffin, Memorial University Medical Center, and/or Elkins Construction.

17. Copies and/or evidence of payments to you personally from January 1, 2010 to the present from elected members of the Chatham County School Board, Savannah City Council, Chatham County Commission, and/or District Attorney Meg Heap.

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

# IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

*FILED IN OFFICE*

*2014 AUG 20 AM 10: 38*

*CLERK SUPERIOR CT*
*CHATHAM COUNTY GA*

KJ'S GENERAL CONTRACTORS, )
INC., KENNETH F. JENKS, SR., )
DIABY ELECTRIC, INC., TIDIAN )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., )
LEROY V. MAXWELL, JR., )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY, )
)
    Plaintiffs, )
)
vs. ) Civil Action Number: SPCV14-0770-MO
)
J. E. DUNN CONSTRUCTION )
COMPANY d/b/a RIVES E. )
WORRELL COMPANY, and )
RYAN E. PRICE, )
)
    Defendants. )

---

## CERTIFICATE OF SERVICE

---

I hereby certify that I have this date served a copy of the foregoing upon all Counsel of Record by United States Postal Service with adequate postage attached thereon:

Bradley M. Harmon, Esquire
P.O. Box 9848
Savannah, Georgia 31412

Page 6 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

**ENTERED NCC AUG 2 1 2014**

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

## IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

FILED IN OFFICE

2014 AUG 20  AM 10: 23

DEP CLK SUPERIOR CT
CHATHAM COUNTY GA

KJ'S GENERAL CONTRACTORS, )
INC., KENNETH F. JENKS, SR., )
DIABY ELECTRIC, INC., TIDIAN )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., )
LEROY V. MAXWELL, JR., )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY, )
                         )
    Plaintiffs, )
                          )
vs.                  ) Civil Action Number: SPCV14-0770-MO
                          )
J. E. DUNN CONSTRUCTION )
COMPANY d/b/a RIVES E. )
WORRELL COMPANY, and )
RYAN E. PRICE, )
                          )
    Defendants. )

---

## SUBPOENA FOR THE PRODUCTION OF EVIDENCE
## and NOTICE OF DEPOSITION

---

CLERK OF SUPERIOR COURT
CHATHAM COUNTY, STATE OF GEORGIA

TO:  WALTER MURPHY

YOU ARE HEREBY NOTIFIED that on Tuesday, September 30, 2014,

beginning at 10:30 a.m., William R. Claiborne of The Claiborne Firm, P.C., will

Page 1 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED NCC  AUG 2 1 2014

take your deposition at the law offices of **Hunter Maclean located at 200 East St. Julian Street, Savannah, Georgia, 31401**, before an officer duly authorized by law to take depositions, the undersigned attorney desires to proceed to take the deposition of **Walter Murphy**, for discovery and for any other purposes authorized by law.

You are further commanded to bring with you at that time and place the following material which is within your possession, custody, or control:

1.    A copy of the acquisition agreement executed between Rives E. Worrell Company and J.E. Dunn Construction.

2.    Copies of all communications messages sent or received in the process of compiling J.E. Dunn's proposal for the Hesse School Contract (as described in detail in the Complaint).

3. Text Message(s) sent and received from your personal cell phone to or from Tracey Tollison, Ryan E. Price, or David Simons, from January 1, 2010 to the present date.

4. Text Message(s) sent and received from your business cell phone to or From Tracey Tollison, Ryan E. Price, or David Simons, from January 1, 2010 to the present date.

5. Copies of all communications including, but not limited to, any and all

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

emails, letters, faxes, text messages, memos, and/or instant messages from January

1, 2010 to the present date sent to or received from:

      a.  Ryan E. Price;

      b.  Tracey Tollison;

      c.  Any employee or agent of J.E. Dunn, R.J Griffin, Elkins Construction, Memorial University Medical Center, or other affiliated businesses;

      d.  Any and all elected members of the Chatham County School Board, Savannah City Council, Chatham County Commission and/or District Attorney Meg Heap;

      e.  Any member of the Professional Staff of the Chatham County School Board, Savannah City Council, Chatham County Commission and/or District Attorney Meg Heap; and

      f.  Bill Breyfogle and/or any other employee or agent of Parsons.

6. Copies and/or evidence of payments to you personally from January 1, 2010 to the present from J.E. Dunn, Rives Worrell, RJ Griffin, Memorial University Medical Center, and/or Elkins Construction.

7. Copies and/or evidence of payments to you personally from January 1, 2010 to the present from elected members of the Chatham County School Board, Savannah City Council, Chatham County Commission, and/or District Attorney Meg Heap.

8. Copies of any and all solicitations from January 1, 2010 to the present of donations to any elected members of the Chatham County School Board, Savannah City Council, Chatham County Commission, and/or District Attorney Meg Heap.

Page 3 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

9. Copies of contracts for payments to you personally from January 1, 2010 to the present from J.E. Dunn, Rives Worrell, RJ Griffin, Memorial University Medical Center, and/or Elkins Construction.

10. Copies of any and all communications including but not limited to any and all emails, letters, faxes, text messages, memos, and/or instant messages from January 1, 2010 to the present date to and from any of the Plaintiffs in this case.

11. All telephone and cellular phone records and/or bills from January 1, 2010 to the present date for any telephone which you have had access during that time.

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

Page 4 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile

Page 5 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

**IN THE SUPERIOR COURT OF CHATHAM COUNTY**
**STATE OF GEORGIA**

FILED IN OFFICE

2014 AUG 20  AM 10: 38

DEP. CLERK SUPERIOR CT.
CHATHAM COUNTY GA

KJ'S GENERAL CONTRACTORS, )
INC., KENNETH F. JENKS, SR., )
DIABY ELECTRIC, INC., TIDIAN )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., )
LEROY V. MAXWELL, JR., )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY, )
                          )
    Plaintiffs, )
                          )
vs. )  Civil Action Number: SPCV14-0770-MO
                          )
J. E. DUNN CONSTRUCTION )
COMPANY d/b/a RIVES E. )
WORRELL COMPANY, and )
RYAN E. PRICE, )
                          )
    Defendants. )

---

## CERTIFICATE OF SERVICE

---

I hereby certify that I have this date served a copy of the foregoing upon all

Counsel of Record by United States Postal Service with adequate postage attached

thereon:

Bradley M. Harmon, Esquire
P.O. Box 9848
Savannah, Georgia 31412

Page 6 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED NCC  AUG 2 1 2014

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiff

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile

Page 7 of 7
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

# IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

FILED IN OFFICE
2014 AUG 20 P 3: 17
CLERK SUPERIOR CT
CHATHAM COUNTY, GA

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS, INC., KENNETH F. JENKS, SR., DIABY ELECTRIC, INC., TIDIAN A. DIABY, MCN CONSTRUCTION AND MANAGEMENT, INC., LEROY V. MAXWELL, JR., AMERICAN CLEARING, INC., and ROSE L. DEMPSEY,<br><br>Plaintiffs,<br><br>vs.<br><br>J. E. DUNN CONSTRUCTION COMPANY d/b/a RIVES E. WORRELL COMPANY, and RYAN E. PRICE,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action Number: SPCV14-0770-MO ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE PURSUANT TO RULE 5.2

I hereby certify that I have this day served a copy of the within and foregoing:

1. Plaintiffs' First Interrogatories to Defendants;

2. Plaintiffs' First Request for Admissions to Defendants; and

3. Plaintiffs' First Notice to Produce and Request for Production of Documents to Defendants;

ENTERED NCC   AUG 2 1 2014

Page 1 of 4
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

upon the Defendants in this matter via hand delivery a true copy of same.

Service on:

Bradley M. Harmon, Esquire
200 East St. Julian Street
Savannah, Georgia 31401

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Attorney for Plaintiff
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@claibornefirm.com

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiffs

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile
woolf@woolflawfirm.net

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

## IN THE SUPERIOR COURT OF CHATHAM COUNTY OFFICE
### STATE OF GEORGIA

2014 AUG 20 P 3 17

KJ'S GENERAL CONTRACTORS, )
INC., KENNETH F. JENKS, SR., )
DIABY ELECTRIC, INC., TIDIAN )
A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., )
LEROY V. MAXWELL, JR., )
AMERICAN CLEARING, INC., and )
ROSE L. DEMPSEY, )
                         )
     Plaintiffs, )
                          )
vs.                  ) Civil Action Number: SPCV14-0770-MO
                          )
J. E. DUNN CONSTRUCTION )
COMPANY d/b/a RIVES E. )
WORRELL COMPANY, and )
RYAN E. PRICE, )
                          )
     Defendants. )

---

## CERTIFICATE OF SERVICE

---

     I hereby certify that I have this date served a copy of the foregoing upon all

Counsel of Record by hand delivery upon the following:

                    Bradley M. Harmon, Esquire
                    200 East St. Julian Street
                    Savannah, Georgia 31401

ENTERED NCC    **AUG 2 1 2014**

Page 3 of 4
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

Respectfully submitted, this 20th day of August, 2014.

THE CLAIBORNE FIRM, P.C.

WILLIAM R. CLAIBORNE
Georgia Bar Number: 126363
Attorney for Plaintiffs

410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
will@claibornefirm.com

S. WESLEY WOOLF, P.C.

S. WESLEY WOOLF
Georgia Bar No. 776175
Attorney for Plaintiffs

408 East Bay Street
Savannah, Georgia 31401
(912) 201-3696 Telephone
(912) 236-1884 Facsimile
woolf@woolflawfirm.net

Page 4 of 4
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN
Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

**EXHIBIT B**

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS, INC., KENNETH F. JENKS, SR., DIABY ELECTRIC, INC., TIDIAN A. DIABY, MCN CONSTRUCTION AND MANAGEMENT, INC., LEROY V. MAXWELL, JR., AMERICAN CLEARING, INC., and ROSE L. DEMPSEY, ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | Civil Action Number: SPCV14-0770-MO |
| J. E. DUNN CONSTRUCTION COMPANY d/b/a RIVES E. WORRELL COMPANY, and RYAN E. PRICE, ) ) ) ) ) | |
| Defendants. ) | |

## ACKNOWLEDGMENT OF SERVICE

The undersigned attorney, Bradley M. Harmon, of HunterMaclean, whose address is, 200 E. Saint Julian Street, Savannah, Georgia 31401, hereby consents and acknowledges due and legal service of the Complaint in the above-styled case on behalf of Defendant, J.E. Dunn Construction Company d/b/a Rives E. Worrell Company.

Page 1 of 2
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs
J E Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED ALB   JUL 2 8 2014

This _25th_ day of July, 2014.

HUNTERMACLEAN

Bradley M. Harmon
Georgia State Bar No. 327097
Attorney for Defendants

KJ's General Contractors, Inc., Kenneth F. Jenks, Sr , Diaby Electric, Inc , Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell. Jr., American Clearing, Inc., and Rose L. Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E  Worrell Company and Ryan E. Price

IN THE SUPERIOR COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS, | ) |
| INC., KENNETH F. JENKS, SR., | ) |
| DIABY ELECTRIC, INC., TIDIAN | ) |
| A. DIABY, MCN CONSTRUCTION | ) |
| AND MANAGEMENT, INC., | ) |
| LEROY V. MAXWELL, JR., | ) |
| AMERICAN CLEARING, INC., and | ) |
| ROSE L. DEMPSEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action Number: SPCV14-0770-MO |
| | ) |
| J. E. DUNN CONSTRUCTION | ) |
| COMPANY d/b/a RIVES E. | ) |
| WORRELL COMPANY, and | ) |
| RYAN E. PRICE, | ) |
| | ) |
| Defendants. | ) |

## ACKNOWLEDGMENT OF SERVICE

The undersigned attorney, Bradley M. Harmon, of HunterMaclean, whose

address is, 200 E. Saint Julian Street, Savannah, Georgia 31401, hereby  consents

and acknowledges due and legal service of the Complaint in the above-styled case

on behalf of Defendant, Ryan E. Price.

Page 1 of 2
KJ's General Contractors, Inc , Kenneth F  Jenks, Sr., Diaby Electric, Inc , Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

ENTERED AL#          JUL 2 8 2014

This _25th_ day of July, 2014.

HUNTERMACLEAN

Bradley M. Harmon
Georgia State Bar No. 327097
Attorney for Defendants

Page 2 of 2
KJ's General Contractors, Inc., Kenneth F. Jenks, Sr., Diaby Electric, Inc., Tidian Diaby, MCN Construction and
Management, Inc., Leroy V. Maxwell, Jr., American Clearing, Inc., and Rose L. Dempsey
vs.
J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price

## IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS, INC., )
KENNETH F. JENKS, SR., DIABY ELECTRIC, )
INC., TIDIAN A. DIABY, MCN CONSTRUCTION )
AND MANAGEMENT, INC., LEROY V. )
MAXWELL, JR., AMERICAN CLEARING, INC., )
and ROSE L. DEMPSEY, )
                                                 )
            Plaintiffs, )   Case No. SPCV14-0770-MO
                                                 )
vs. )
                                                 )
J. E. DUNN CONSTRUCTION COMPANY d/b/a )
RIVES E. WORRELL COMPANY, and RYAN E. )
PRICE, )
                                                 )
            Defendants. )

## NOTICE OF REMOVAL

## TO:    THE CLERK OF THE SUPERIOR COURT OF CHATHAM COUNTY

Please take notice that J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price., Defendants in the above-styled matter originally pending in the Superior Court of Chatham County, State of Georgia, as Civil Action Number SPCV14-00770, did on this 22nd day of August, 2014, file in the United States District Court for the Southern District of Georgia, Savannah Division, its Notice of Removal of said case to said Court. A copy of said Notice and Exhibits thereto and a copy of Defendant's Answer filed in the United States District Court for the Southern District of Georgia, Savannah Division, are attached hereto.

This _22nd_ day of August, 2014.

Respectfully submitted,
HUNTER, MACLEAN, EXLEY & DUNN, P.C.

Christopher W. Phillips
Georgia Bar No. 002920
Bradley M. Harmon
Georgia Bar No. 327097
*Attorneys for Defendants*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
cphillips@huntermaclean.com
bharmon@huntermaclean.com

**Signature Page to Notice of Removal**
*KJ's General Contractors, Inc. v. J. E. Dunn Construction Company, et al.*
In the Superior Court of Chatham County
Civil Action No. SPCV14-00770

1005676-1

## IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS, INC.,    )
KENNETH F. JENKS, SR., DIABY ELECTRIC,  )
INC., TIDIAN A. DIABY, MCN CONSTRUCTION)
AND MANAGEMENT, INC., LEROY V.    )
MAXWELL, JR., AMERICAN CLEARING, INC., )
and ROSE L. DEMPSEY,       )
                 )
        Plaintiffs,       )  Case No. SPCV14-0770-MO
                 )
vs.               )
                 )
J. E. DUNN CONSTRUCTION COMPANY d/b/a )
RIVES E. WORRELL COMPANY, and RYAN E. )
PRICE,           )
                 )
        Defendants.     )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** upon all parties to this matter by hand delivering a true copy of same to the following:

    William R. Claiborne            S. Wesley Woolf
    The Claiborne Firm, P.C.         S. Wesley Woolf, P.C.
    410 East Bay Street             408 East Bay Street
    Savannah, Georgia 31401        Savannah, Georgia 31401

This _22nd_ day of August, 2014.

Respectfully submitted,
HUNTER, MACLEAN, EXLEY & DUNN, P.C.

Christopher W. Phillips
Georgia Bar No. 002920
Bradley M. Harmon
Georgia Bar No. 327097
*Attorneys for Defendants*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
cphillips@huntermaclean.com
bharmon@huntermaclean.com

**Signature Page to Notice of Removal Certificate of Service**
*KJ's General Contractors, Inc. v. J. E. Dunn Construction Company, et al.*
In the Superior Court of Chatham County
Civil Action No. SPCV14-00770

1005676-1

## IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS, INC., )
KENNETH F. JENKS, SR., DIABY ELECTRIC, )
INC., TIDIAN A. DIABY, MCN CONSTRUCTION)
AND MANAGEMENT, INC., LEROY V. )
MAXWELL, JR., AMERICAN CLEARING, INC., )
and ROSE L. DEMPSEY, )
                              )
          Plaintiffs,           )   Case No. SPCV14-0770-MO
                              )
vs.                             )
                              )
J. E. DUNN CONSTRUCTION COMPANY d/b/a )
RIVES E. WORRELL COMPANY, and RYAN E. )
PRICE,                         )
                              )
          Defendants.         )

## NOTICE OF REMOVAL

**TO: JUDGES OF THE SUPERIOR COURT OF CHATHAM COUNTY**

Please take notice that J.E. Dunn Construction Company d/b/a Rives E. Worrell Company and Ryan E. Price., Defendants in the above-styled matter originally pending in the Superior Court of Chatham County, State of Georgia, as Civil Action Number SPCV14-00770, did on this 22nd day of August, 2014, file in the United States District Court for the Southern District of Georgia, Savannah Division, its Notice of Removal of said case to said Court. A copy of said Notice and Exhibits thereto and a copy of Defendant's Answer filed in the United States District Court for the Southern District of Georgia, Savannah Division, are attached hereto.

This 22nd day of August, 2014.

Respectfully submitted,
HUNTER, MACLEAN, EXLEY & DUNN, P.C.

Christopher W. Phillips
Georgia Bar No. 002920
Bradley M. Harmon
Georgia Bar No. 327097
*Attorneys for Defendants*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
cphillips@huntermaclean.com
bharmon@huntermaclean.com

**Signature Page to Notice of Removal**
*KJ's General Contractors, Inc. v. J. E. Dunn Construction Company, et al.*
In the Superior Court of Chatham County
Civil Action No. SPCV14-00770

1004266-1

## IN THE SUPERIOR COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

KJ'S GENERAL CONTRACTORS, INC.,        )
KENNETH F. JENKS, SR., DIABY ELECTRIC, )
INC., TIDIAN A. DIABY, MCN CONSTRUCTION)
AND MANAGEMENT, INC., LEROY V.         )
MAXWELL, JR., AMERICAN CLEARING, INC., )
and ROSE L. DEMPSEY,                   )
                                       )
        Plaintiffs,                    )   Case No. SPCV14-0770-MO
                                       )
vs.                                    )
                                       )
J. E. DUNN CONSTRUCTION COMPANY d/b/a  )
RIVES E. WORRELL COMPANY, and RYAN E.  )
PRICE,                                 )
                                       )
        Defendants.                    )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF REMOVAL** upon all parties to this matter by hand delivering a true copy of same to the following:

William R. Claiborne              S. Wesley Woolf
The Claiborne Firm, P.C.          S. Wesley Woolf, P.C.
410 East Bay Street              408 East Bay Street
Savannah, Georgia 31401          Savannah, Georgia 31401

1004266-1

This _22nd_ day of August, 2014.

Respectfully submitted,
HUNTER, MACLEAN, EXLEY & DUNN, P.C.

Christopher W. Phillips
Georgia Bar No. 002920
Bradley M. Harmon
Georgia Bar No. 327097
*Attorneys for Defendants*

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
cphillips@huntermaclean.com
bharmon@huntermaclean.com

**Signature Page to Notice of Removal Certificate of Service**
*KJ's General Contractors, Inc. v. J. E. Dunn Construction Company, et al.*
In the Superior Court of Chatham County
Civil Action No. SPCV14-00770

1004266-1