# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| KJ'S GENERAL CONTRACTORS, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> J.E. DUNN CONSTRUCTION COMPANY, *et al.*, <br><br> Defendants. | Case No. CV414-181 |

## ORDER

KJ'S General Contractors, Inc., and others brought this Georgia RICO case in state court but defendants removed it to this Court. Doc. 1. Insisting that it raised only state law claims and no diversity jurisdiction exists, plaintiffs say they will soon move to remand. Doc. 13. They move to stay all discovery and court deadlines until the district judge rules on their remand motion, to be filed by September 21, 2014. *Id.* at 3-5.

Meanwhile, the defendants move to dismiss the case outright, doc. 11, and separately move to drop or dismiss a defendant they say plaintiffs fraudulently joined to defeat diversity jurisdiction. Doc. 7. Plaintiffs'

responses to those dismissal motions are due September 8, 2014. If this Court does not grant plaintiffs' stay motion, then plaintiffs seek an extension of time (until September 21, 2014) to respond to the dismissal motions, if not file any amended complaint (otherwise due September 12, 2014). Doc. 13 at 6.

Defendants consent to the stay motion, but not the time extensions. Doc. 16. The Court **GRANTS** in part and **DENIES** in part the plaintiffs' stay motion. Doc. 13. All Court discovery and other filing deadlines are stayed pending disposition of the plaintiffs' remand motion, to be filed by no later than September 21, 2014, which is when their dismissal motion responses and any amended complaint are due.

**SO ORDERED** this  4th   day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA