AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KJ's General Contractors, Inc., et al.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-181,

J.E. Dunn Construction Company, d/b/a Rives E. Worrell Company, and Ryan E. Price,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/25/15, granting the Plaintiffs' motion to remand, judgment is hereby entered remanding the case to the Superior Court of Chatham County, Georgia.

This case is closed.

9/25/15
*Date*

Scott L. [signature]
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03